450 A.2d 215

Mosco v. Mosco, Appellant.

Argued April 12, 1982. Allen N. Brunwasser, for appellant; Catherine T. Martin, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

No. 312 affirmed, No. 462 quashed, No. 1079 vacated.